IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| VS. ) | Criminal No: 3:13-00083 |
| ) | JUDGE TODD CAMPBELL |
| THOMAS ADAM ABBEY, ) | |

## AGREED ORDER

It is hereby ADJUDGED, ORDERED and DECREED, that Glenn Funk replace David Baker as retained counsel of record in the above case.

Entered this the _____ day of _____, 2013.

_____
TODD CAMPBELL, JUDGE

APPROVED FOR ENTRY:

/s/ Glenn R. Funk
Glenn R. Funk #11492
222 Fourth Ave., North, Suite 100
Nashville, Tennessee 37219
Phone: (615) 255-9595
Counsel for Defendant

/s/ R. David Baker
R. David Baker
Federal Public Defender's Office
810 Broadway
Suite 200
Nashville, TN 37203
Phone: (615) 736-5047

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document has been transmitted via the Court's electronic filing system to Assistant U. S. Attorney, Phil Wehby, 110 9th Ave., S. Suite A-961, Nashville, TN 37203 on this the 30th day of May, 2013.

                                      /s/ Glenn R. Funk
                                        Glenn R. Funk