UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00083 |
| | ) | JUDGE CAMPBELL |
| THOMS ADAM ABBEY | ) | |

## ORDER

Due to a criminal trial, the status conference currently scheduled for July 3, 2013, is RESCHEDULED for July 15, 2013, at 9:30 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE